LAWRENCE G. BROWN
Acting United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Marilyn Collins

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service, | 1:09-cv-00956-OWW-SMS |
| Petitioners, | **ORDER TO SHOW CAUSE RE ENFORCEMENT OF  INTERNAL REVENUE SERVICE SUMMONS** |
| v. | |
| ANDRE PAUL PROVOST, JR., | **Date:**  August 14, 2009 |
| Respondent | **Time:** 9:30 a.m.<br>**Ctrm: 7** |

Upon review of Petitioners United States of America and Revenue Officer Marilyn Collins' Petition to Enforce Internal Revenue Service Summons, the Memorandum of Points and Authorities and Declaration of Revenue Officer Marilyn Collins filed in support of the petition,

IT IS HEREBY ORDERED that Respondent ANDRE PAUL PROVOST, JR. ("Respondent") appear before the District Court for the Eastern District of California, in Courtroom No. 7, on the 14th day of August, 2009, at 9:30 a.m. to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him on August 13, 2008 and attached to the Declaration of Marilyn Collins.

IT IS HEREBY FURTHER ORDERED that a copy of this Order to Show Cause, together with one copy each of the Petition to Enforce Internal Revenue Service Summons, the

1  Memorandum of Points and Authorities and Declaration of Marilyn Collins filed in support of

2  the petition, shall be served upon Respondent on or before   July 15, 20009  .

3         IT IS HEREBY FURTHER ORDERED that within 14 days of service of a copy of this

4  Order to Show Cause and accompanying papers, Respondent shall file and serve a written

5  response to the Petition to Enforce Internal Revenue Service Summons, supported by appropriate

6  declaration(s), as well as any motions the Respondent desires to make.  The United States may

7  file a reply.   All motions and issues raised by the Respondent will be considered on the return

8  date of this Order, and any uncontested allegations in the Petition to Enforce Internal Revenue

9  Service Summons will be deemed admitted.  Issues that are not raised by motion, or are not

10 brought into controversy by the responsive pleadings and supported by declaration(s), will not be

11 considered on the return date of this Order.

12        IT IS SO ORDERED.

13

14 DATED:   June 17, 2009

15                                     By _____ /s/ Sandra M. Snyder _____
                                          SANDRA M. SNYDER
16                                        United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28