FILED

JUL 14 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>            Petitioners,<br><br>vs.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>            Respondent.<br>_____/ | 1:09-cv-00956-OWW-SMS<br><br>**ORDER DIRECTING CLERK TO RETURN UNFILED DOCUMENTS TO RESPONDENT** |

On July 8, 2009, the court received a set of documents from respondent. The documents are not responsive to any court order or filing by petitioners, and are not recognizable or proper legal filings. The court cannot discern respondent's intent in submitting these documents, and they are HEREBY ORDERED returned unfiled to respondent.

DATED: July 14, 2009

                                         _____
                                         SANDRA M. SNYDER,
                                         UNITED STATES MAGISTRATE JUDGE

1