LAWRENCE G. BROWN
United States Attorney
JEFFREY J. LODGE (SBN 152205)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Marilyn Collins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>  Petitioners,<br><br>v.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>  Respondent. | 1:09-cv-00956-OWW-SMS<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; <u>ORDER THEREON</u>**<br><br>**OLD HEARING DATE:**<br><br>**Date:** August 14, 2009<br>**Time:** 9:30 a.m.<br>**Ctrm:** 7<br><br>**NEW HEARING DATE:**<br><br>**Date:** September 25, 2009<br>**Time:** 9:30 a.m.<br>**Ctrm:** 7 |

Petitioners United States of America and Revenue Officer Marilyn Collins (collectively, "the United States"), by and through undersigned counsel, hereby request that the Court grant a continuance of the Order to Show Cause Hearing to Enforce Internal Revenue Service Summons, currently scheduled for August 14, 2009, to September 25, 2009, at 9:30 a.m. Respondent Andre Paul Provost, Jr., has requested additional time to allow Respondent to voluntarily comply with the summons.

Respectfully submitted,

Dated: August 12, 2009

LAWRENCE G. BROWN
United States Attorney

By:   /s/ Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Petitioners
United States of America
and Revenue Officer
Marilyn Collins

**ORDER**

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is continued from August 14, 2009 to September 25, 2009, at 9:30 a.m., in Courtroom 7.

IT IS SO ORDERED.

Dated:   August 13, 2009           /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE