```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  JEFFREY J. LODGE (SBN 152205)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Petitioners United States of America
    and Revenue Officer Marilyn Collins
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>          Petitioners,<br><br>   v.<br><br>ANDRE PAUL PROVOST, JR.,<br><br>          Respondent. | 1:09-cv-00956-OWW-SMS<br><br>**PETITIONERS' RESPONSE TO OFFER TO MEET TO SETTLE THIS SUMMONS ENFORCEMENT PROCEEDING; FURTHER REQUEST FOR CONTINUANCE OF THE ORDER TO SHOW CAUSE HEARING;**<br><br>**ORDER THEREON** |

Petitioners United States of America and Revenue Officer Marilyn Collins (collectively, "the United States"), by and through undersigned counsel, hereby respond to Respondent Andre Paul Provost, Jr.'s ("Respondent") request to meet to settle the summons enforcement proceeding at issue in this case.  In this regard, Petitioners hereby ask the court to order Respondent make himself available for this meeting within the next 45 days at a mutually-agreeable date and time; that this meeting take place at the U.S. Attorney's offices, located in the federal court building at 2500 Tulare Street, Suite 4401, in Fresno, California; and, that the Court grant a further continuance of the Order to Show Cause Hearing to Enforce Internal Revenue Service Summons, currently scheduled for September 25, 2009, to

1

PETITIONERS' RESPONSE TO MEET TO SETTLE THIS SUMMONS ENFORCEMENT PROCEEDING; REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; [PROPOSED] ORDER THEREON

October 30, 2009, to allow Respondent to voluntarily comply with the summons.

                        Respectfully submitted,

Dated: September 17, 2009         LAWRENCE G. BROWN
                                  United States Attorney

By:   /s/ Jeffrey J. Lodge
       JEFFREY J. LODGE
       Assistant U.S. Attorney
       Attorneys for Petitioners
       United States of America
       and Revenue Officer
       Marilyn Collins

## **ORDER**

IT IS HEREBY ORDERED that (1) Respondent meet with Revenue Officer Marilyn Collins within the next 45 days, at the U.S. Attorneys Offices located at 2500 Tulare Street, Suite 4401, Fresno, California, at a mutually-agreeable date and time; and (2) that the Order to Show Cause Hearing is continued to November 13, 2009, at 9:30 a.m., in Courtroom 7.  NOTE: November 6, 2009 was suggested by Petitioner for the continuance but the Court is not available that Friday.

IT IS SO ORDERED.

**Dated:   September 22, 2009**         **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE

PETITIONERS' RESPONSE TO MEET TO SETTLE THIS SUMMONS ENFORCEMENT
PROCEEDING; REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING;
[PROPOSED] ORDER THEREON