UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN COLLINS, Revenue Officer, et al., <br><br> Petitioners, <br> v. <br><br> ANDRE PAUL PROVOST, JR., et al., <br><br> Respondent. | 1:09-cv-00956-OWW-SMS <br><br> ORDER DENYING RESPONDENT'S MOTION FOR ABATEMENT AND REQUEST (DOCS. 11, 12) <br><br> ORDER DIRECTING THE PARTIES TO FILE STATUS REPORTS NO LATER THAN NOVEMBER 9, 2009 |

Petitioners are proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303. Petitioners are seeking to enforce an IRS summons issued to Respondent. The matter has been the subject of various continuances to permit the parties to settle the matters before the Court. The order to show cause is presently set for hearing on November 13, 2009.

I. <u>Respondent's Motion for Abatement of the Proceedings and Request/Offer to Meet</u>

On September 16, 2009, Respondent filed a motion to abate the proceedings in order to permit him to settle the matter administratively (Doc. 11).

1

On the same date, Respondent filed a document entitled "Notice Request for Forgiveness Offer to Meet," in which he stated that he had previously misunderstood his duties, and he offered to meet at with the Petitioner to settle and close the matter (Doc. 12). This document was docketed as a motion.

To the extent that Respondent's motions were a request to continue the hearing previously set on the order to show cause in order to permit voluntary compliance, the motions are denied as moot because the previously set hearing has already been postponed. To the extent that they represent a motion to stay these proceedings in order to permit voluntary compliance, Respondent's motion is denied as unwarranted at this time and as unnecessary. Respondent has not demonstrated compliance with the summons. Further, voluntary compliance and other efforts at settlement may proceed in conjunction with these proceedings.

II. <u>Directions to the Parties to File Status Reports</u>

In order to permit the Court to be informed in a timely manner of the status of the case and to understand what the hearing on the order to show cause set for November 13 will involve, each party IS DIRECTED to file no later than November 9, 2009, a <u>brief</u> report (no more than three pages) reflecting the status of the parties' efforts to settle the matter and indicating the relief or action sought by the parties at this point in time.

**IT IS SO ORDERED.**

Dated:    **November 3, 2009**              /s/ Sandra M. Snyder
                                      **UNITED STATES MAGISTRATE JUDGE**

2