UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN COLLINS, Revenue Officer, et al., <br><br> Petitioners, <br><br> vs. <br><br> ANDRE PAUL PROVOST, JR., et al., <br><br> Respondent. <br> _____/ | 1:09-cv-00956-OWW-SMS <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION** <br> (Doc. 25) <br><br> **ORDER GRANTING PETITION TO ENFORCE IRS SUMMONS** <br> (Doc. 1) <br><br> **ORDER THAT RESPONDENT APPEAR ON JANUARY 13, 2010, AND PROVIDE TESTIMONY AND PRODUCE DOCUMENTS FOR EXAMINATION** |

Petitioners are proceeding with this civil action in this Court. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 302 and 303.

On November 16, 2009, the Magistrate Judge filed Findings and a Recommendation herein which were served on Petitioners and which contained notice to Petitioners that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, no objections to the Magistrate Judge's Findings and Recommendation have been filed.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b) and Local 305, this Court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed November 16, 2009, are ADOPTED IN FULL;

2. Petitioners' petition to enforce the IRS summons is GRANTED; and,

3. Respondent appear before Revenue Officer Collins on January 13, 2010, at 10:00 a.m., at the United States Attorney's Office located at 2500 Tulare Street, Suite 4401, Fresno, CA, 93721, to provide testimony, and bring with him and produce for examination documents in obedience to the summons that issued on August 12, 2008.

IT IS SO ORDERED.

**Dated:   December 14, 2009**             /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE